**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6013**

———————

ALIVE MICHAEL ANDERSON,

                              Petitioner - Appellant,

        versus

ROBEY LEE,

                              Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge.  (CA-00-657)

———————

Submitted:  April 25, 2002          Decided:  May 6, 2002

———————

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Alive Michael Anderson, Appellant Pro Se.  Sandra Wallace-Smith, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alive Michael Anderson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001).  We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See Anderson v. Lee, No. CA-00-657 (E.D.N.C. Nov. 19, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2